

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PACIFIC BULK SHIPPING (SINGAPORE) PTE LTD.,

           Plaintiff,

- against -

PENINSULA ENTERPRISE S.P.A. a/k/a PENINSULA
ENTERPRISE SpA, PENINSULAR ENTERPRISE SPA
or PESPA,

           Defendant.
------------------------------------------------------------X

JUDGE CASTEL

08 CV 2849

08 CV _____

ECF CASE



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

           NONE.

Dated: March 18, 2008
       Southport, CT

                                            The Plaintiff,
                                            PACIFIC BULK SHIPPING (SINGAPORE) PTE
                                            LTD.

                                            By: _____
                                            Patrick F. Lennon
                                            Nancy R. Peterson
                                            LENNON, MURPHY & LENNON, LLC
                                            The Gray Bar Building
                                            420 Lexington Ave., Suite 300
                                            New York, NY 10170
                                            (212) 490-6050
                                            facsimile (212) 490-6070
                                            pfl@lenmur.com
                                            nrp@lenmur.com