USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PACIFIC BULK SHIPPING (SINGAPORE) PTE LTD., :
:
                Plaintiff, :
:
- against - :
:
PENINSULA ENTERPRISE S.P.A. a/k/a PENINSULA :
ENTERPRISE SpA, PENINSULAR ENTERPRISE SPA :
or PESPA, :
:
                Defendant. :
------------------------------------------------------------X

08 Civ. 02849 (PKC)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The attachment is hereby vacated and all garnishee banks including but not limited to, Citibank, are directed to immediately release Defendant's funds which they restrained pursuant to the Ex-Parte Order issued in the instant action pursuant to their original payment/wire instructions.

Dated: April 2, 2008
       Southport, CT

SO ORDERED
[signature]
USDJ
4-3-08

The Plaintiff,
PACIFIC BULK SHIPPING (SINGAPORE) PTE LTD.

By: [signature]
Nancy R. Peterson (NP 2871)
LENNON, MURPHY & LENNON, LLC
420 Lexington Ave., Suite 300
New York, NY 10170
Phone (212) 490-6050
Fax (212) 490-6070
nrp@lenmur.com